BLANK ROME LLP
*Attorneys for Plaintiff*
William R. Bennett, III
Lauren B. Wilgus
Rick Antonoff
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
Wbennett@blankrome.com
Lwilgus@blankrome.com
Rantonoff@blankrom.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
:
PREBLE – RISH HAITI, S.A.                :
:
Plaintiff,               :
:
:   Civil Action:
- against -                :   IN ADMIRALTY
:
REPUBLIC OF HAITI, BUREAU DE MONÉTISATION :
DE PROGRAMMES D'AIDE AU DÉVELOPPEMENT,   :
:
Defendants.              :
:
----------------------------------------x

**DECLARATION OF WILLIAM R. BENNETT, III**
**PURSUANT TO SUPPLEMENTAL RULE B**

WILLIAM R. BENNETT, being duly sworn, deposes and says:

1.  I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome LLP, attorneys for the Plaintiff Preble-Rish Haiti, S.A. ("Plaintiff"). I am familiar with the circumstances of the Verified Complaint and submit this Declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of Defendants, a foreign business entity, pursuant to Supplemental Rule B For Certain

Admiralty and Maritime Claims of the Federal Rules of the Federal Rules of Civil Procedure.

2. Defendants are parties to three maritime contracts for the shipment of fuel by ocean going vessel to Haiti, on which this claim is based.

3. Defendants' principal place of business is No.12 Boulevard Harry Truman, Port-au-Prince, Haiti.

4. Under my supervision, my office conducted a search of the New York State Secretary of State, Division of Corporations, the Transportation Tickler, telephone assistance, and a general internet search.

5. Defendants cannot be found in this District within the meaning of Rule B of the Supplemental Rules for Admiralty and Maritime Claims.

6. We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint me, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on the garnishees named in Schedule A to the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment and Appointing Process Service, or upon any other or additional garnishees as may be named in any supplemental Process of Maritime Attachment and Garnishment.

7. As alleged in paragraph 16 of the Verified Complaint, I believe Defendants has and/or will have property in this District during the pendency of this action.

I certify under penalty of perjury and in accordance with the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct. I am aware that if any of the foregoing is willfully false, I am subject to punishment.

Executed on: June 4, 2021
        New York, New York

                                        */s/ William R. Bennett*
                                        William R. Bennett