UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PREBLE – RISH HAITI, S.A.,<br><br>*Plaintiff,*<br><br>-against-<br><br>REPUBLIC OF HAITI, BUREAU DE MONÉTISATION DE PROGRAMMES D'AIDE AU DEVELOPPEMENT,<br><br>*Defendants.* | Case No. 21-cv-4960 (PKC)<br>IN ADMIRALTY<br><br>~~(PROPOSED)~~ ORDER SEALING FILINGS CONTAINING BANK ACCOUNT NUMBERS |

P. Kevin Castel, District Judge:

Upon the motion of Intervenor Banque de la République d'Haïti ("BRH"), ECF Doc. No. 34, the request of BRH pursuant to its August 5, 2021 letter, ECF Doc. No. 41, and in accordance with the Opinion and Order of this Court, dated September 3, 2021, ECF Doc. No. 60 (the "September 3, 2021 Opinion and Order"), it is hereby

ORDERED that the Clerk of the Court is directed to remove from public access ECF Doc. Nos. 1, 14, 14-2, 15, 16, 17, 18, 33-1, 33-2, 33-3, 37-1, 37-2, 49, 50-1, and 50-2, which contain confidential bank account numbers (the "Confidential Documents"); and it is further

ORDERED, that in accordance with the September 3, 2021 Opinion and Order, Fed. R. Civ. P. 5.2(a) and Rule 5.A of this Court's Individual Practices, within seven days of entry of this order, Plaintiff is directed to file redacted copies of the Confidential Documents, other than ECF Doc. Nos. 37-1 and 37-2 which have already been refiled in redacted form, replacing the full bank account numbers that appear in those documents with account numbers redacted as required by Fed. R. Civ. P. 5.2(a).

SO ORDERED,

_____
P. Kevin Castel
United States District Judge

9/8/2021