# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand twenty-one.

Before:     Richard J. Sullivan,
                 *Circuit Judge.*

---

PrebleRish Haiti, S.A.,

      Plaintiff - Appellant,

v.

Republic of Haiti, Bureau De Monetisation De Programmes D'Aide Au Developpment,

      Defendants - Appellees,

Banque de la Republique d Haiti,

      Intervenor - Appellee.

---

**ORDER**

Docket No. 21-2469

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 18, 2021
```

      Appellant moves for a stay of the Opinion and Order of district court, entered on September 3, 2021, granting intervenor Banque de la République d'Haïti's Motion to Vacate the Rule B attachment and garnishment of assets of Defendants Republic of Haiti and Bureau De Monétisation De Programmes D'aide Au Développement that are in garnishee Citibank N.A.'s custody, such that the assets held by Citibank remain attached as security during the pendency of the appeal. Appellees' oppose the motion.

      IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-judge motions panel, the stay is GRANTED. The motion is REFERRED to a three-judge motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/18/2021